# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

JEFFERY L. CRAWFORD,
Reg. #35243-044                                                                                    PLAINTIFF

V.                                    2:12CV00224 SWW/JTR

NADER PEIKAR, Doctor,
FCI-FC, et al.                                                                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Court further finds, based on plaintiff's amended complaint, that Michelle Wingo, a member of the medical staff at FCI-FC, should be added as a defendant. It appears plaintiff alleges she was deliberately indifferent to his medical needs as to his spinal and nerve damage.[1]

IT IS THEREFORE ORDERED that:

1.      Plaintiff may PROCEED with claim that Defendants Peikar, Graham,

---

[1] *See* Am. Comp. at 6; Objections at 4-5.

Hoy, McCay, Roberts, Heuett, Outlaw, Gallardo, Brown, Ward, Resto, Rios, and Maples provided him with inadequate medical care for spinal and nerve damage. It is further ordered that Michelle Wingo be added as a defendant.

2. All other claims and Defendants are DISMISSED WITHOUT PREJUDICE.

3. The Clerk is directed to prepare a summons for Defendants Peikar, Graham, Hoy, McCay, Roberts, Heuett, Outlaw, Gallardo, Brown, Ward, Resto, Rios, Maples, and Wingo. The U.S. Marshal is directed to serve the summons, Complaint, Amended Complaint, and this Order on them, the United States Attorney for the Eastern District of Arkansas, and the United States Attorney General, without prepayment of fees and costs or security therefor.[2]

4. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 3rd day of January, 2013.

/s/Susan Webber Wright<br>UNITED STATES DISTRICT JUDGE

---

[2] If any of the Defendants are no longer federal employees, the individual responding to service must file the unserved Defendant's last known private mailing address **under seal.**