**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

| | | |
|---|---|---|
| JEFFERY L. CRAWFORD,<br>Reg. #35243-044 | | PLAINTIFF |
| V. | 2:12CV00224 SWW/JTR | |
| NADER PEIKAR, Doctor,<br>FCI-FC, et al. | | DEFENDANTS |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Separate Defendants Rios's and Resto-Rivera's Motion to Dismiss (Doc. #50) is GRANTED, and they are DISMISSED, WITH PREJUDICE, from this lawsuit.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 28th day of June 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE